No. 14–0186/AR. U.S. v. Steven F. Guzman II. CCA 20100020. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted, *up to and including December 17 , 2013,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0227/AR. U.S. v. Miguel A. Gonzalez–Chavez. CCA 20110811. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 26, 2013.

No. 14–0229/AF. U.S. v. Andrew C. Certa. CCA 38037. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 26, 2013.

Wednesday, December 11, 2013

No. 14–0232/AF. U.S. v. Ryan A. Gibson. CCA 38115. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 30, 2013.

No. 14–0236/AF. U.S. v. Horace C. Wickware. CCA 38074. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 30, 2013.

No. 14–0237/AF. U.S. v. Ismael Perez. CCA S32074. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 30, 2013.